# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

FELICIANO VELASCO ROJAS and
LUIS GUZMAN ROJAS,

      Plaintiffs,

  v.

FIRST PICK FARMS LLC., FIRST PICK FARMS MANAGEMENT, LLC., HB HIVE, LLC., GROW BLUE FARMS, LLC., GROW BLUE FARMS HOURLY, LLC., and GROW BLUE FARMS SALARY, LLC.,

      Defendants.

Case No. 1:23-cv-00604-PLM-SJB

## NOTICE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1:

Defendant Grow Blue Farms Hourly, LLC hereby states that it is a wholly-owned subsidiary of Grow Blue Farms, LLC. No publicly held company owns more than 10% of the stock of Grow Blue Farms Hourly, LLC or Grow Blue Farms, LLC.

Defendant Grow Blue Farms Salary, LLC hereby states that it is a wholly-owned subsidiary of Grow Blue Farms, LLC. No publicly held company owns more than 10% of the stock of Grow Blue Farms Salary, LLC or Grow Blue Farms, LLC.

97934362v.1

Defendant First Pick Farms LLC hereby states that it is a wholly-owned subsidiary of Grow Blue Farms, LLC. No publicly held company owns more than 10% of the stock of First Pick Farms LLC or Grow Blue Farms, LLC.

Defendant Grow Blue Farms, LLC hereby states that it is a wholly-owned subsidiary of Asellus Michigan Blue LLC. No publicly held company owns more than 10% of the stock of Grow Blue Farms LLC or Asellus Michigan Blue LLC.

DATED:  September 5, 2023

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Andrew Scroggins
    Andrew L. Scroggins
    ascroggins@seyfarth.com

SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois  60606-6448
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000

Attorneys for Defendants First Pick Farms LLC; Grow Blue Farms, LLC; Grow Blue Farms Hourly, LLC; and Grow Blue Farms Salary, LLC

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on September 5, 2023, he caused the foregoing to be filed with the Clerk of the Court via the Court's CM/ECF electronic case filing system, which will serve notice upon all counsel of record.

By: */s/ Andrew L. Scroggins*