## THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| FELICIANO VELASCO ROJAS and LUIS GUZMAN ROJAS, <br>     Plaintiffs, <br> v. <br><br> FIRST PICK FARMS LLC., FIRST PICK FARMS MANAGEMENT, LLC., HB HIVE, LLC., GROW BLUE FARMS, LLC., GROW BLUE FARMS HOURLY, LLC., and GROW BLUE FARMS SALARY, LLC., <br>     Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action <br> No: 1:23-cv-00604 <br><br> JURY TRIAL DEMANDED |

### MOTION TO WITHDRAW AS COUNSEL

Attorney Madeline Flynn of Farmworker Justice hereby requests leave to withdraw her appearance as attorney of record for Plaintiffs. Ms. Flynn will be leaving her employment with Farmworker Justice and will no longer continue to represent the Plaintiffs. Attorney Madeline Flynn's withdrawal will not prejudice Plaintiffs, as they will continue to be represented by Lori Johnson of Farmworker Justice, and attorneys from Michigan Immigrant Rights Center and Farmworker Legal Services of Michigan.

Dated: July 26, 2024

Respectfully submitted,

/s/ Madeline Flynn

Madeline Flynn
Farmworker Justice
1126 16th St NW, Suite #507
Washington, DC, 20036
(202) 800-2523
mflynn@farmworkerjustice.org