UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FELICIANO VELASCO ROJAS, *et al.*,

    Plaintiff,

v.

FIRST PICK FARMS LLC, *et al.*,

    Defendants.
_____/

Case No. 1:23-cv-604

Hon. Paul L. Maloney

## ORDER

In accordance with the Opinion entered this date:

**IT IS ORDERED** that Defendants First Pick Farms, Grow Blue Farms, Grow Blue Farms Hourly, and Grow Blue Farms Salary's motion to dismiss (ECF No. 64) is **GRANTED** as to the dismissal of all claims against Defendants Grow Blue Farms Hourly and Grow Blue Farms Salary.

**IT IS FURTHER ORDERED** that Grow Blue Farms Hourly and Grow Blue Farms Salary are **DISMISSED** for Plaintiffs' failure to state a claim against them.

**IT IS FURTHER ORDERED** that Defendants' motions to dismiss (ECF Nos. 64, 67) are **GRANTED** as to Plaintiffs' Count II for alleged violations of 18 U.S.C. § 1589(b).

**IT IS FURTHER ORDERED** that Defendants' motions to dismiss (ECF Nos. 64, 67) are **DENIED** as to all remaining claims.

Dated: January 2, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge