THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FELICIANO VELASCO ROJAS and LUIS §
GUZMAN ROJAS, §
    Plaintiffs, §
v. § Civil Action
§ No: 1:23-CV-00604
FIRST PICK FARMS LLC., FIRST PICK § Hon. Paul Maloney
FARMS MANAGEMENT, LLC., HB HIVE §
LLC., and GROW BLUE FARMS, LLC. §
    Defendants.

---

**PLAINTIFFS' CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.2, I, Gonzalo Peralta, certify that on March 10, 2026, I served Plaintiffs'

Initial Disclosures on Defendants' respective counsel of record: Andrew Scroggins from Seyfarth

Shaw, LLP. and Brion Doyle from Varnum, LLP., via email.

RESEPCTFULLY SUBMITTED.                                    Date: March 10, 2026

/s/ Gonzalo Peralta
Gonzalo Peralta (P84529)
MICHIGAN IMMIGRANT RIGHTS CENTER
gperalta@michiganimmigrant.org
1500 E. Beltline Ave. SE, Suite 300
Grand Rapids, MI 49506
Telephone: (734) 519-5763
Facsimile: (734) 519-5763

*Plaintiffs' Counsel*

1