**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

FELICIANO VELASCO ROJAS and
LUIS GUZMAN ROJAS,

      Plaintiffs,

    v.

FIRST PICK FARMS LLC., FIRST
PICK FARMS MANAGEMENT, LLC.,
HB HIVE, LLC., and GROW BLUE
FARMS, LLC,

      Defendants.

Case No. 1:23-cv-00604-PLM-SJB

## CERTIFICATE OF SERVICE FOR DEFENDANTS FIRST PICK FARMS, LLC AND GROW BLUE FARMS, LLC

Pursuant to Local Rule 5.2, I, Andrew Scroggins, certify that on March 10, 2026, I served Initial Disclosures of Defendants First Pick Farms, LLC and Grow Blue Farms, LLC via email to all counsel of record.

DATED:  March 10, 2026

Respectfully submitted,
SEYFARTH SHAW LLP
By: /s/ Andrew Scroggins
Andrew Scroggins (ascroggins@seyfarth.com)

SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois  60606-6448
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000
Attorneys for Defendants First Pick Farms LLC
and Grow Blue Farms, LLC

324376546v.1