**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

FELICIANO VELASCO ROJAS and LUIS
GUZMAN ROJAS,

        Plaintiffs,

    v.

FIRST PICK FARMS LLC., FIRST PICK
FARMS MANAGEMENT, LLC., HB HIVE,
LLC., and GROW BLUE FARMS, LLC., ,

        Defendants.

Case No. 1:23-cv-00604-PLM-SJB

**STIPULATION OF DISMISSAL**

Plaintiffs Feliciano Velasco Rojas and Luiz Guzman Rojas and Defendants First Pick

Farms, LLC, First Pick Farms Management, LLC, HB Hive and Company LLC, and Grow Blue

Farms, LLC, by and through their undersigned counsel, hereby stipulate that this action shall be

DISMISSED, with prejudice, as between all parties, and, each party shall bear their own costs and

fees, including attorneys' fees, incurred in connection with this action.

DATED:  ___July 8___, 2026

Respectfully submitted,

**PLAINTIFFS FELICIANO VELASCO ROJAS and LUIS GUZMAN ROJAS**

By their attorneys:

/s/ *Gonzalo Peralta*
Gonzalo Peralta (P84529)
gperalta@michiganimmigrant.org
MICHIGAN IMMIGRANT RIGHTS CENTER
1500 E. Beltline Ave. SE, Suite 300
Grand Rapids, MI 49506
Telephone: (734) 519-5763
Facsimile: (734) 519-5763

*/s/ Lori Johnson*
Lori Johnson (North Carolina Bar No. 24227)
ljohnson@farmworkerjustice.org
FARMWORKER JUSTICE
1126 16th Street NW, Suite 507
Washington, DC 20006
Telephone: (202) 800-2523

/s/ *Dorian Slaybod*
Dorian Slaybod (MI P84095)
dslaybod@farmworkerlaw.org
FARMWORKER LEGAL SERVICES
1500 E. Beltline Ave. SE, Suite 300
Grand Rapids, MI 49506
Telephone: (269) 492-7190

*/s/ Abigail Kerfoot*
Abigail Kerfoot (CA Bar No. 335970)
abigail@cdmigrante.org
CENTRO DE LOS DERECHOS DEL MIGRANTE
711 W 40th Street, Suite 412
Baltimore, MD 21211
Telephone: (667) 217-5738

12

**FIRST PICK FARMS LLC and GROW BLUE FARMS, LLC,**

By their attorneys:

/s/ *Andrew Scroggins*
Andrew Scroggins (P85575)
ascroggins@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Dr., Ste. 8000
Chicago, IL 60606-6448
Telephone:    (312) 460-5275
Facsimile:    (312) 460-7000

**FIRST PICK FARMS MANAGEMENT LLC and HB HIVE, LLC**

By their attorneys:

/s/ Brion Doyle
Brion B. Doyle (P67870)
bbdoyle@varnumlaw.com
VARNUM LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352
Telephone: (616) 336-6000